ORIGINAL

REISSUED FOR PUBLICATION
JUL 27 2017
OSM
U.S. COURT OF FEDERAL CLAIMS

# In the United States Court of Federal Claims

## OFFICE OF SPECIAL MASTERS
### No. 17-011V
Filed: June 27, 2017

FILED

JUN 27 2017

OSM
U.S. COURT OF
FEDERAL CLAIMS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

|  |  |  |
|---|---|---|
| EDITH MARRERO-FUOG, | \* | |
| | \* | |
| Petitioner, | \* | Failure to Prosecute; |
| v. | \* | Failure to Follow Court |
| | \* | Orders; Dismissal |
| SECRETARY OF HEALTH | \* | |
| AND HUMAN SERVICES, | \* | |
| | \* | |
| Respondent. | \* | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## DECISION DISMISSING PETITION

On January 5, 2017, I filed an Initial Order requiring Edith Marrero-Fuog (the Petitioner) to file the medical records that are relevant to this case, or a status report, by February 21, 2017. However, Petitioner neither filed the medical records, nor filed a request for additional time to do so. On March 3, 2017, I filed an Order directing Petitioner to file her overdue status report immediately. Petitioner did not respond to that Order. On April 17, 2017, I filed another Order directing Petitioner to file her overdue status report immediately. Petitioner has not responded.

Since filing her Petition on January 4, 2017, Petitioner has not filed any medical records, or any other document to support her claim. On May 17, 2017, I filed a "Final Warning" indicating that this petition would be dismissed if Petitioner failed to respond. Again, Petitioner has not responded.

Petitioner has not prosecuted this case or responded to court orders, nor has she offered any explanation for her failure to do so. It is Petitioner's duty to prosecute her case, and to follow court orders. *Tsekouras v. Sec'y, HHS*, 26 Cl. Ct. 439 (1992), *aff'd per curiam*, 991 F.2d 810 (Fed. Cir. 1993); *Sapharas v. Sec'y, HHS*, 35 Fed. Cl. 503 (1996); Vaccine Rule 21(b). Accordingly, **this case is dismissed for failure to prosecute and failure to follow court orders. The clerk shall enter judgment accordingly.**

**IT IS SO ORDERED.**

George L. Hastings, Jr.
Special Master